# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Garland v. Duane Morris, LLP et al.**     Case Number: **3: 24-cv-01783-CAB-DEB**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: [Reporter Tape]

Defendant Duane Morris LLP has filed a motion to dismiss in this in this case. [Doc. No. 14.] The Court will notify counsel should it require a hearing to adjudicate that motion. *See* S.D. Cal. CivLR 7.1(d)(1).

Date: February 19, 2025                                                                                    Initials: SDD