UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEAGAN GARLAND, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DUANE MORRIS LLP, a business entity; TAX ACCOUNTING GROUP, a business entity, and DOES 1 through 200, inclusive,<br><br>        Defendants. | Case No.: 3:24-cv-01783-CAB-DEB<br><br>**ORDER TO SHOW CAUSE**<br><br>[Doc. No. 38] |

  Pending before the Court is Defendant Duane Morris LLP's motion to dismiss Plaintiff Megan Garland's complaint. [Doc. No. 38.] During review of the parties' submissions and Plaintiff's first amended complaint, [Doc. No. 37], it has come to the Court's attention that Plaintiff has not established subject matter jurisdiction.

  The Court may consider the issue of subject matter jurisdiction *sua sponte* at any time during the proceeding, and if the Court finds it lacks subject matter jurisdiction, the Court must dismiss the action. Fed. R. Civ. P. 12(h)(3); *Scholastic Ent., Inc. v. Fox Ent. Grp., Inc.*, 336 F.3d 982, 985 (9th Cir. 2003).

Plaintiff's civil cover sheet asserts diversity as the basis of jurisdiction. [Doc. No. 1-1.] Plaintiff's complaint alleges Defendant Duane Morris is a Delaware corporation and Plaintiff is a citizen of California, thereby establishing diversity. [Doc. No. 1 at 3.] On the face of the pleadings, however, Duane Morris is identified as a limited liability partnership ("LLP"). [*See id.*] For diversity purposes, an LLP is a citizen of every state of which its partners are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The allegations of the complaint reflect that Duane Morris has partners in California, and therefore, complete diversity is lacking.

In the absence of complete diversity or federal question jurisdiction, federal courts are without power to adjudicate a case. *Owens Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 377 (2006).

Plaintiff is therefore ordered to show cause by **March 6, 2026**, the basis for subject matter jurisdiction in this case. If Plaintiff does not respond to this order by **March 6, 2026**, this case shall be **dismissed without prejudice** for improper subject matter jurisdiction, allowing Plaintiff to refile in the appropriate court.

It is **SO ORDERED**.

Dated: February 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge