UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEAGAN GARLAND, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DUANE MORRIS LLP, a business entity; TAX ACCOUNTING GROUP, a business entity, and DOES 1 through 200, inclusive, <br><br> Defendants. | Case No.:  3:24-cv-01783-CAB-DEB <br><br> **ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT** <br><br> [Doc. No. 51] |

Pending before the Court is Plaintiff Meagan Garland's unopposed motion to amend her First Amended Complaint.  [Doc. No. 51 (the "Motion").]  Federal Rule of Civil Procedure 15 requires courts to "freely give leave [to amend] when justice so requires."  Fed. R. Civ. P. 15(a)(2).  This policy is "to be applied with extreme liberality."  *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (citation omitted).  For good cause shown, the Court **ORDERS**:

(1)    Plaintiff's Motion is **GRANTED**;

(2)    Plaintiff is granted leave to file the Second Amended Complaint, which is attached as Exhibit 1 to the Motion; and

1

(3)     Defendant Duane Morris, LLP's Answer, [Doc. No. 50], shall remain the operative responsive pleading.  Defendant is not required to refile or amend its Answer.

It is **SO ORDERED**.

Dated:  May 4, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:24-cv-01783-CAB-DEB