**PROSKAUER ROSE LLP**
ANTHONY J. ONCIDI (SBN 118135)
GREGORY W. KNOPP (SBN 237615)
PHILIPPE A. LEBEL (SBN 274032)
aoncidi@proskauer.com
gknopp@proskauer.com
plebel@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310-557-2900
Facsimile: 310-557-2193

ELISE M. BLOOM (*pro hac vice*)
ebloom@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900

Attorneys for Defendant
Duane Morris LLP

*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MEAGAN GARLAND, on behalf of herself and all others similarly situated.

Plaintiff,

vs.

DUANE MORRIS LLP, a business entity; TAX ACCOUNTING GROUP, a business entity, and DOES 1 through 200, inclusive,

Defendants.

Case No. 3:24-cv-01783-CAB-DEB

**NOTICE OF SETTLEMENT**

Date Action Filed: July 31, 2024
SAC Filed: May 5, 2026
Trial Date: July 19, 2027

Bibianne U. Fell, Esq. (SBN 234194)
Marlee R. Horwitz, Esq. (SBN 340729)
**FELL LAW, P.C.**
***Mailing:*** 10531 4S Commons Dr., Ste 166-610
San Diego, CA 92127
***Personal Service:*** 10680 Treena Street, Suite 160
San Diego, CA 92131
Telephone: (858) 201-3960
Facsimile: (858) 201-3966
bibi@fellfirm.com
marlee@fellfirm.com

Attorneys for Plaintiff Meagan Garland

Plaintiff Meagan Garland ("Plaintiff") and Defendant Duane Morris LLP (collectively with Plaintiff, the "Parties") hereby submit this Notice of Settlement. The Parties recently agreed in private mediation to settle Plaintiff's claims on an individual basis and are currently negotiating the terms of a Settlement Agreement. The Parties therefore respectfully request that the Court vacate all dates and deadlines in this action.

Dated: September 23, 2026

**FELL LAW, PC**

By: */s/Bibianne U. Fell*

Bibianne U. Fell
Marlee R. Horwitz
Attorneys for Plaintiff Meagan Garland

Dated: September 23, 2026

**PROSKAUER ROSE LLP**

By: */s/Gregory W. Knopp*

Gregory W. Knopp
Attorneys for Defendant
Duane Morris LLP