**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **MEAGAN GARLAND v. DUANE MORRIS, LLP, et al.** Case Number: **3:24-cv-01783-CAB-DEB**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

The parties have filed a notice of settlement. [Doc. No. 64.] The Courts therefore **VACATES** the current scheduling order and all pending deadlines. The parties shall move to dismiss the case or file an update with the Court **by November 20, 2026**.

Date: September 23, 2026 Initials: REO