UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MEAGAN GARLAND, on behalf of herself and all others similarly situated,

Plaintiff,

v.

DUANE MORRIS LLP, a business entity; TAX ACCOUNTING GROUP, a business entity, and DOES 1 through 200, inclusive,

Defendants.

Case No.: 3:24-cv-01783-CAB-DEB

**ORDER GRANTING JOINT MOTION TO DISMISS**

[Doc. No. 67]

On October 26, 2026, the parties filed a joint motion to dismiss the case. [Doc. No. 67.] Good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss and **DISMISSES** Plaintiff Megan Garland's claims **WITH PREJUDICE**. The case is **DISMISSED WITHOUT PREJUDICE** as to the putative class members' claims.

The Clerk of the Court is directed to close the case.

It is **SO ORDERED**.

Dated: October 28, 2026

Hon. Cathy Ann Bencivengo
United States District Judge